Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MJW Films, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3498582** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1166 E. Warner Road, Suite 101-B** <br> **Gilbert, AZ 85296** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **MJW Films, LLC**          Case number (*if known*) _____
        Name

**7. Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
   - ☐ No
   - ■ Yes.

   List all cases. If more than 1, attach a separate list

   Debtor **J Wick Productions, LLC**        Relationship **Subsidiary**
   District **Arizona**  When **10/22/18**  Case number, if known **To be supplemented**

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 2

Case 2:18-bk-12874-SHG  Doc 1  Filed 10/22/18  Entered 10/22/18 14:54:28  Desc
Main Document     Page 2 of 9

| Debtor | MJW Films, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | MJW Films, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 22, 2018**
MM / DD / YYYY

X **/s/ John Glassgow**
Signature of authorized representative of debtor

**John Glassgow**
Printed name

Title **Designated Representative**

Email Address of debtor

**18. Signature of attorney**

X **/s/ Patrick A Clisham**
Signature of attorney for debtor

Date **October 22, 2018**
MM / DD / YYYY

**Patrick A Clisham 023154**
Printed name

**Engelman Berger, P.C.**
Firm name

**3636 N. Central Avenue**
**Suite 700**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone **602.271.9090**    Email address **pac@eblawyers.com**

**023154 AZ**
Bar number and State

# WRITTEN CONSENT IN LIEU OF MEETING OF MEMBERS OF
# MJW FILMS, LLC, an Arizona limited liability company

**John Glassgow, John Morgan, Michael Witherill, Debbie Rasmussen, LeAnn Goff, Dave Beckham, and Warrior Films, an Arizona limited liability company, by and through John Glassgow, its Manager**, being a majority of the voting Members (the "Majority") of **MJW FILMS, LLC, an Arizona limited liability company** (the "Company"), acting by written consent in lieu of meeting, hereby approve, adopt, ratify and confirm the following resolutions:

WHEREAS, the Majority has the authority to make certain decisions affecting the business and affairs of the Company and to take such actions as it deems necessary or appropriate on behalf of the Company, including the decision that the Company file a voluntary petition for reorganization under the provisions of Chapter 11 of the United States Bankruptcy Code;

IT IS HEREBY RESOLVED, that in the business judgment of the Majority, it is desirable and in the best interests of the Company that a voluntary petition for reorganization be filed by the Company under the provisions of Chapter 11 of the United States Bankruptcy Code; and

RESOLVED FURTHER, that the Majority hereby approves retention of Engelman Berger, P.C. as bankruptcy counsel for the Company and authorizes counsel to file a voluntary petition commencing a Chapter 11 bankruptcy proceeding; and

RESOLVED FURTHER, that John Glassgow, in his capacity as Manager of the Company is authorized and directed, on behalf of and in the name of the Company, to execute a petition for reorganization under Chapter 11 of the United States Bankruptcy Code and such other papers as may be appropriate as part of the reorganization process and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona; and

RESOLVED FURTHER, that Mr. Glassgow is hereby authorized to execute and deliver all such instruments to do such acts and

things as he may deem requisite and desirable in furtherance of the purposes of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of October 16, 2018.

**MJW FILMS, LLC,**
**an Arizona limited liability company**

By: _/s/ John Glassgow_
    John Glassgow
    Member

By: _____
    John Morgan
    Member

By: _/s/ Michael Witherill_
    Michael Witherill
    Member

By: _/s/ Debbie Rasmussen_
    Debbie Rasmussen
    Member

By: _____
    LeAnn Goff
    Member

By: _____
    Dave Beckham
    Member

By: WARRIOR FILMS, LLC

By: _/s/ John Glassgow_
    John Glassgow
    Manager

2 {0005871.0000/00920211.DOCX / }
Case 2:18-bk-12874-SHG    Doc 1    Filed 10/22/18    Entered 10/22/18 14:54:28    Desc
Main Document    Page 6 of 9

things as he may deem requisite and desirable in furtherance of the purposes of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of October 16, 2018.

**MJW FILMS, LLC,**
**an Arizona limited liability company**

By: _____
    John Glassgow
    Member

By: _____*/s/ John Morgan/*_____
    John Morgan
    Member

By: _____
    Michael Witherill
    Member

By: _____
    Debbie Rasmussen
    Member

By: _____
    LeAnn Goff
    Member

By: _____
    Dave Beckham
    Member

By: WARRIOR FILMS, LLC

    By:_____
        John Glassgow
        Manager
2 {0005871.0000/00920211.DOCX / }

things as he may deem requisite and desirable in furtherance of the purposes of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of October 16, 2018.

**MJW FILMS, LLC,**
**an Arizona limited liability company**

By: _____
      John Glassgow
      Member

By: _____
      John Morgan
      Member

By: _____
      Michael Witherill
      Member

By: _____
      Debbie Rasmussen
      Member

By: *[signature]*
      LeAnn Goff
      Member

By: _____
      Dave Beckham
      Member

By: WARRIOR FILMS, LLC

By: _____
      John Glassgow
      Manager

things as he may deem requisite and desirable in furtherance of the purposes of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of October 16, 2018.

**MJW FILMS, LLC,**
**an Arizona limited liability company**

By: _____
    John Glassgow
    Member

By: _____*/s/*_____
    John Morgan
    Member

By: _____
    Michael Witherill
    Member

By: _____
    Debbie Rasmussen
    Member

By: _____
    LeAnn Goff
    Member

By: _____*/s/*_____
    Dave Beckham
    Member

By: WARRIOR FILMS, LLC

    By: _____
        John Glassgow
        Manager

2 {0005871.0000/00920211.DOCX / }