Fill in this information to identify the case:

Debtor name: **MJW Films, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:18-bk-12874-SHG**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Michael Singer<br>c/o Steven S. Davis/Michaelman Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024 | Michael Singer<br>sdavis@mrllp.com<br>310.564.2670 | Judgment, estimated legal fees and interest | Contingent Unliquidated Disputed | | | $2,800,000.00 |
| Sam Eyde<br>2800 Byron Circle<br>Lansing, MI 48912 | Sam Eyde<br>sameyde@sameyde.com<br>517.485.3686 | Loans | | | | $601,085.00 |
| Aa87, LLC aka Mark Kvamme<br>c/o Peter Igel, Tucker Tucker Ellis<br>950 Main Ave., Ste. 1100<br>Cleveland, OH 44113-7213 | Mark Kvamme<br>mark@drivecapital.com<br>614.257.8243 | Loan, Settlement | | | | $330,000.00 |
| Moyes Sellers & Hendricks<br>Attn: Louis D. Lopez<br>1850 N. Central Ave., Ste. 1100<br>Phoenix, AZ 85004 | Louis Lopez<br>llopez@law-msh.com<br>602.604.2194 | Legal fees | | | | $87,790.00 |
| Douglas S. Younglove, Esq.<br>941 Orange Ave., No. 128<br>Coronado, CA 92118 | Doug Younglove<br>dsylaw@yahoo.com<br>602.434.2623 | Legal fees and Loan | | | | $35,000.00 |
| B. Scott Weisenburger<br>3421 E. Claremont<br>Paradise Valley, AZ 85253 | Scott Weisenburger<br>scott.weisenburger@creativecom.com<br>602.722.3911 | Stipulated judgment | | | | Unknown |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Diamond Family Holdings, LLC Attn: Robert M. Semple 2700 N. Central Ave., 9th Floor Phoenix, AZ 85044** | **Robert M. Semple** **rms@semplecpa.com 602.241.1500** | **Potential claims in litigation** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **RMS Family, LLC Attn: Robert M. Semple 2700 N. Central Ave., 9th Floor Phoenix, AZ 85044** | **Robert M. Semple** **rms@semplecpa.com 602.241.1500** | **Potential claims in litigation** | **Contingent Unliquidated Disputed** | | | **Unknown** |