| Fill in this information to identify the case: | |
|---|---|
| Debtor name | MJW Films, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:18-bk-12874-SHG |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 1,839,724.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 1,839,724.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 25,700.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ 6,437,293.21

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                        $ 6,462,993.21

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**　　　　　**Current value of debtor's interest**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.

Debtor  **MJW Films, LLC**  Case number (If known) 2:18-bk-12874-SHG
         Name

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|     |     | Current value of debtor's interest |
| --- | --- | --- |

| 71. | **Notes receivable**<br>Description (include name of obligor) | | | |
| --- | --- | --- | --- | --- |
|     | **Receivable from MJW Music, Inc.** | 62,451.00<br>Total face amount  −  | 0.00<br>doubtful or uncollectible amount  = | $62,451.00 |
|     | **Receivable from Cross Entertainment** | 94,595.00<br>Total face amount  −  | 0.00<br>doubtful or uncollectible amount  = | $94,595.00 |
|     | **Receivable from Matefinder Productions** | 1,000.00<br>Total face amount  −  | 0.00<br>doubtful or uncollectible amount  = | $1,000.00 |
|     | **Receivable from Mike Witherill** | 9,065.00<br>Total face amount  −  | 0.00<br>doubtful or uncollectible amount  = | $9,065.00 |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |

| Debtor | MJW Films, LLC | Case number (If known) | 2:18-bk-12874-SHG |
|---|---|---|---|

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Investment/Membership Interest in Cardboard Productions, LLC** | $433,420.00 |
| | **Investment/Membership Interest in J Wick Productions, LLC** | $670,516.00 |
| | **Investment/Membership Interest in Planet Productions, LLC** | $568,677.00 |
| | **Investment/Membership Interest in Stuck Productions, LLC (net of tax credits) - (-$2,648,113)** | $0.00 |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $1,839,724.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,839,724.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,839,724.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,839,724.00 |

Fill in this information to identify the case:

Debtor name: **MJW Films, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): **2:18-bk-12874-SHG**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Diamond Family Holdings, LLC**<br>Creditor's Name<br>**Attn: Robert M. Semple**<br>**2700 N. Central Ave., 9th Floor**<br>**Phoenix, AZ 85044**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**02/10/2014**<br>Last 4 digits of account number<br>**7290**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All right, title and interest in movie Cardboard Boxer**<br><br>Describe the lien<br>**UCC lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown | Unknown |
| **2.2** **Diamond Family Holdings, LLC**<br>Creditor's Name<br>**Attn: Robert M. Semple**<br>**2700 N. Central Ave., 9th Floor**<br>**Phoenix, AZ 85044**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**04/18/2014**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**All right, title and interest in movie Radio Caroline**<br><br>Describe the lien<br>**UCC lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | Unknown |

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 2:18-bk-12874-SHG    Doc 22    Filed 11/05/18    Entered 11/05/18 17:10:21    Desc
Main Document    Page 6 of 15

| Debtor | MJW Films, LLC | Case number (if know) | 2:18-bk-12874-SHG |
|---|---|---|---|
| | Name | | |

**5802**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $0.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BF Turney, LLC<br>10611 N. Hayden Rd., Ste. D105<br>Scottsdale, AZ 85260 | Line  2.2 | |
| Pelillo Family Investments, LLC<br>22843 N. 54th Street<br>Phoenix, AZ 85054 | Line  2.2 | |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**John Glassgow**<br>**4130 E. Mountain Sage Drive**<br>**Phoenix, AZ 85044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,301,008.00 | $12,850.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid compensation 2014 - 10/18/18** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Michael Witherill**<br>**1166 E. Warner Rd., Ste. 101-B**<br>**Gilbert, AZ 85296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,539,319.00 | $12,850.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid compensation 2014 - 10/18/18** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | MJW Films, LLC | Case number (if known) | 2:18-bk-12874-SHG |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Aa87, LLC aka Mark Kvamme**<br>**c/o Peter Igel, Tucker Tucker Ellis**<br>**950 Main Ave., Ste. 1100**<br>**Cleveland, OH 44113-7213**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **0748** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan/Settlement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $330,000.00 |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**B. Scott Weisenburger**<br>**3421 E. Claremont**<br>**Paradise Valley, AZ 85253**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **8948** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Amounts owing under stipulated judgment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $455,356.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bob Parks**<br>**1620 Littler Drive**<br>**Chesterton, IN 46304**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $54,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cardboard Productions, LLC**<br>**1166 E. Warner Rd., Ste. 101-B**<br>**Gilbert, AZ 85296**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loans**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $479,503.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Dave Beckham**<br>**10611 N. Hayden Rd.**<br>**Scottsdale, AZ 85260**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loans**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $116,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Diamond Family Holdings, LLC**<br>**Attn: Robert M. Semple**<br>**2700 N. Central Ave., 9th Floor**<br>**Phoenix, AZ 85044**<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **1633** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential claims in litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Douglas S. Younglove, Esq.**<br>**941 Orange Ave., No. 128**<br>**Coronado, CA 92118**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal fees and Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,000.00 |

| Debtor | MJW Films, LLC | Case number (if known) | 2:18-bk-12874-SHG |
|---|---|---|---|

| 3.8 | **Nonpriority creditor's name and mailing address**<br>H&W Movie Partners, LLC<br>1166 E. Warner Rd., No. 101-B<br>Gilbert, AZ 85296<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $441,540.00 |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>J Wick Productions, LLC<br>1166 E. Warner Rd., Ste. 101-B<br>Gilbert, AZ 85296<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loans<br><br>Is the claim subject to offset? ■ No ☐ Yes | $830,137.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>John Glassgow<br>4130 E. Mountain Sage Drive<br>Phoenix, AZ 85044<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loans<br><br>Is the claim subject to offset? ■ No ☐ Yes | $240,400.21 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>John P. Morgan<br>1600 E. Beltline, Ste. 213<br>Grand Rapids, MI 49525<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan, payment of lender debt as guarantor, payment of Stearns Bank debt as guarantor<br><br>Is the claim subject to offset? ■ No ☐ Yes | $380,500.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Michael Singer<br>c/o Steven S. Davis/Michaelman Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Judgment, estimated legal fees and interest<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,800,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Moyes Sellers & Hendricks<br>Attn: Louis D. Lopez<br>1850 N. Central Ave., Ste. 1100<br>Phoenix, AZ 85004<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Legal fees<br><br>Is the claim subject to offset? ■ No ☐ Yes | $87,790.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>RMS Family, LLC<br>Attn: Robert M. Semple<br>2700 N. Central Ave., 9th Floor<br>Phoenix, AZ 85044<br><br>Date(s) debt was incurred 2015<br>Last 4 digits of account number 8418 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Potential claims in litigation<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| Debtor | MJW Films, LLC | Case number (if known) | 2:18-bk-12874-SHG |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Sam Eyde<br>2800 Byron Circle<br>Lansing, MI 48912 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$601,085.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Loans** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>Stuck Productions, LLC<br>1166 E. Warner Rd., Ste. 101-B<br>Gilbert, AZ 85296 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,338.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Loans** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles Markle**<br>**Carpenter Hazlewood**<br>**1400 E. Southern Ave., No. 400**<br>**Tempe, AZ 85282** | Line **3.14**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Edwin D. Fleming**<br>**Burch & Cracchiolo, PA**<br>**702 E. Osborn Rd., No. 200**<br>**Phoenix, AZ 85014** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Emily K. Pokora**<br>**Alliantgroup, LP**<br>**3009 Post Oak Blvd., Ste. 2000**<br>**Houston, TX 77056** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Richard Goldberg**<br>**Renaud Cook & Drury, PA**<br>**One N. Central Ave., Ste. 900**<br>**Phoenix, AZ 85004-4417** | Line **3.12**<br>☐ Not listed. Explain ____ | **3212** |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,840,327.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,892,649.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,732,976.21 |

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Cardboard Productions, LLC** | **1166 E. Warner Rd., Ste. 101B Gilbert, AZ 85296** | **Diamond Family Holdings, LLC** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.2 | **Cardboard Productions, LLC** | **1166 E. Warner Rd., Ste. 101B Gilbert, AZ 85296** | **Diamond Family Holdings, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Debbie Jo Rasmussen** | **1166 E. Warner Rd., Ste. 101B Gilbert, AZ 85296** | **B. Scott Weisenburger** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.4 | **J Wick Productions, LLC** | **1166 E. Warner Rd., Ste. 101B Gilbert, AZ 85296** | **B. Scott Weisenburger** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.5 | **Michael J. Witherill** | **1166 E. Warner Rd., Ste. 101B Gilbert, AZ 85296** | **RMS Family, LLC** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael J. Witherill | 1166 E. Warner Rd., Ste. 101B<br>Fort Apache, AZ 85926 | Diamond Family Holdings, LLC | ☐ D<br>■ E/F __3.6__<br>☐ G |
| 2.7 | Michael J. Witherill | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | B. Scott Weisenburger | ☐ D<br>■ E/F __3.2__<br>☐ G |
| 2.8 | Michael Witherill | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | Michael Singer | ☐ D<br>■ E/F __3.12__<br>☐ G |
| 2.9 | Michael Witherill | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | Dave Beckham | ☐ D<br>■ E/F __3.5__<br>☐ G |
| 2.10 | Stuck Productions LLC | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | RMS Family, LLC | ☐ D<br>■ E/F __3.14__<br>☐ G |
| 2.11 | Stuck Productions, LLC | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | John P. Morgan | ☐ D<br>■ E/F __3.11__<br>☐ G |
| 2.12 | Stuck Productions, LLC | 1166 E. Warner Road, Ste. 101B<br>Gilbert, AZ 85296 | John Glassgow | ☐ D<br>■ E/F __3.10__<br>☐ G |
| 2.13 | Stuck Subway Movie, Inc. | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | RMS Family, LLC | ☐ D<br>■ E/F __3.14__<br>☐ G |

| | Additional Page to List More Codebtors |
|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Warrior Films, LLC** | 1166 E. Warner Rd., Ste. 101B<br>Gilbert, AZ 85296 | **Diamond Family Holdings, LLC** | ☐ D ____<br>■ E/F  **3.6**<br>☐ G ____ |