LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
1122 EAST JEFFERSON
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
TELEPHONE: (602) 271-7700

Wesley S. Loy, #009188
e-mail: wsl@bowwlaw.com
Attorneys for Movant RMS Family, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>MJW Films, LLC,<br><br>J Wick Productions, LLC,<br><br>  Jointly-Administered Debtors. | In Proceedings Under Chapter 11<br>(Jointly Administered Under<br>Case No. 2:18-bk-12874-SHG)<br><br>Case No. 2:18-bk-12874-SHG<br><br>Case No. 2:18-bk-12875-PS<br><br>**STIPULATION FOR ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |
|---|---|

RMS Family, LLC ("Movant") and MJW Films, LLC and J Wick Productions, LLC hereby stipulate that the Court may enter an order in the form attached hereto as Exhibit 1, granting relief from any and all automatic stays and injunctions to permit Movant to proceed with the prosecution of certain claims pending before the Superior Court of Maricopa County, Arizona Case No. CV2015-008418 (the "Stuck Litigation") insofar as those claims relate to non-debtors Stuck Subway Movie, Inc., Stuck Subway Productions, LLC, and Michael Witherill. Nothing herein is intended to grant Movant any relief from any stay or injunction as it relates to any claim against the Debtors herein. This stipulation and order is without prejudice to Movant seeking further relief from the automatic stay or any other related relief.

Dated this 13th day of March, 2019.

                                              BROENING OBERG WOODS & WILSON, P.C.

By   W.S.L., 009188
      Wesley S. Loy
      Attorneys for Movant RMS Family, LLC

By   /s/ Thomas E. Littler (w/permission)
      Thomas E. Littler
      Attorneys for Movant RMS Family, LLC

ENGLEMAN BERGER, PC

By   /s/ Patrick A. Clisham (w/permission)
      Patrick A. Clisham
      Counsel for MJW Films, LLC and
      J Wick Productions, LLC

MAY POTENZA BARAN & GILLESPIE

By   /s/ Andrew A. Harnisch (w/permission)
      Andrew A. Harnisch
      Counsel for Committee of Unsecured Creditors

On this 13th day of March, 2019, the foregoing was electronically filed with the Clerk of the Court through the Electronic Case Filing System and copies of the Notice of Electronic Filing will be electronically delivered by the Electronic Case Filing System to all parties who are registered Electronic Case Filing participants and have been issued live System passwords or who have otherwise consented to service by electronic means.

By  /s/ Kathy Lake